No. 99–9374. COUSINO v. KIEFER. Ct. App. Mich.; and

No. 99–9375. COUSINO v. SUPREME COURT OF MICHIGAN. Sup. Ct. Mich. Motions of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein. Reported below: No. 99–9375, 461 Mich. 882, 603 N. W. 2d 636.

No. 99M95. FARLEY v. TEXAS. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99M96. VIRAMONTES v. GALAZA, WARDEN, ET AL.; and

No. 99M97. GARDNER ET UX. v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Motion of Nebraska to dismiss denied, and case is recommitted to the Special Master for further proceedings. [For earlier order herein, see, e. g., 528 U. S. 1151.]